UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RALEEM-X a/k/a CURTIS FULLER, #211080,

        Plaintiff,                             Case No. 16-cv-12234
                                                     Hon. Matthew F. Leitman
v.

WILLIAMS C. BORGERDING *et al.*,

        Defendants.

_____/

**ORDER DENYING PLAINTIFF'S MOTION
FOR RELIEF FROM JUDGMENT (ECF #14)**

Plaintiff Raleem-X a/k/a/ Curtis Fuller ("Raleem-X") is a Michigan prisoner presently confined at the Michigan Reformatory in Ionia, Michigan. On June 16, 2016, Raleem-X filed a pro-se civil rights complaint pursuant to 42 U.S.C. § 1983 (the "Complaint"). (*See* ECF #1.) Raleem-X also filed an application to proceed without prepaying the required filing fee under 28 U.S.C. § 1915 (the "Application"). (*See* ECF #3.) On September 14, 2016, the Court entered an opinion and order in which it denied the Application and dismissed the Complaint without prejudice. (*See* ECF #6.) In that opinion and order, the Court concluded that Raleem-X was precluded from proceeding without prepaying the required filing fee by the Prison Litigation Reform Act (the "PLRA"), Pub. L. No. 104-134, 110 Stat. 1321 (1996). (*See id.*) In particular, the Court determined that a federal court on at least three prior occasions had dismissed Raleem-X's actions as frivolous or for failure to state a claim, and Raleem-X did not show that he was under imminent danger of serious physical injury. (*See id.* at Pg. ID 88.) The Court entered a

judgment against Raleem-X also on September 14, 2016. (*See* ECF #7.)

Raleem-X has now filed a motion for relief from the Court's opinion and order and judgment on September 14, 2016. (*See* ECF #14.) The Court **DENIES** Raleem-X's motion for relief from the judgment or order (ECF #14) because Raleem-X has still failed to show that he is not precluded by the PLRA from proceeding in this action without prepaying the required filing fee.

**IT IS SO ORDERED.**

Dated: January 11, 2018

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 11, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764